```
                         United States Bankruptcy Court
                            Middle District of Florida

In re:                                                         Case No. 17-06386-RAC
Kelli Murphy Cordis                                            Chapter 7
Daniel Howard Cordis
       Debtors                         CERTIFICATE OF NOTICE
District/off: 113A-6          User: jmontero              Page 1 of 2              Date Rcvd: Oct 03, 2017
                              Form ID: 309A               Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2017.
```
db/jdb         +Kelli Murphy Cordis,    Daniel Howard Cordis,    30 Danube River Dr.,
                 Cocoa Beach, FL 32931-2832
27182405       +Burke Costanza and Carberry,    150 N. Michigan FL8,    Chicago, IL 60601-7585
27182407       +City of Cocoa,    65 Stone St.,    Cocoa, FL 32922-7982
27182412       +Mitchell Morneault Esquire,    1551 Sawgrass Corporate Pky,    #110,    Sunrise, FL 33323-2832
27182413       +N.E. Federal Credit Union,    P.O. Box 369,    Herndon, VA 20172-0369
27182414       +Nationstar,    P.O. Box 619094,    Dallas, TX 75261-9094
27182415       +Neil Rosenbloom,    955 W. Carmen Ave.,    Apt. #2,    Chicago, IL 60640-3247
27182416       +Paytondann,    115 S. Lasalle St Suite 2600,    Chicago, IL 60603-3902
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: sean@harnagelaw.com Oct 03 2017 22:42:37      Sean C Harnage,    Harnage Law, PLLC,
                 1360 Lake Washington Road, Suite 8,    Melbourne, FL  32935
tr             +EDI: QLPATTON.COM Oct 03 2017 22:33:00      Lori Patton, Trustee,    P.O Box 520547,
                 Longwood, FL 32752-0547
ust            +E-mail/Text: ustp.region21.or.ecf@usdoj.gov Oct 03 2017 22:43:15
                 United States Trustee - ORL7/13,    Office of the United States Trustee,
                 George C Young Federal Building,    400 West Washington Street, Suite 1100,
                 Orlando, FL 32801-2210
27182402        EDI: AMEREXPR.COM Oct 03 2017 22:33:00      American Express,    P.O. Box 297879,
                 Ft. Lauderdale, FL 33329-7879
27182403       +E-mail/Text: updates@brennanclark.com Oct 03 2017 22:43:59      Brennan and Clark LTD.,
                 721 E. Madison Suite 200,    Villa Park, IL 60181-3083
27182399        E-mail/Text: bknotify@brevardtaxcollector.com Oct 03 2017 22:42:42
                 Brevard County Tax Collector,    Attn: Honorable Lisa Cullen, CFC,    Post Office Box 2500,
                 Titusville FL 32781-2500
27182404       +E-mail/Text: jeannine.johnson@bridgeviewbank.com Oct 03 2017 22:43:19      Bridgeview Bank,
                 4753 N. Broadway,    Chicago, IL 60640-5266
27182406       +EDI: CITICORP.COM Oct 03 2017 22:33:00      Citibank,    P.O. Box 6000,
                 Sioux Falls, SD 57117-6000
27182400        EDI: FLDEPREV.COM Oct 03 2017 22:33:00      Florida Department of Revenue,    Bankruptcy Unit,
                 Post Office Box 6668,    Tallahassee FL 32314-6668
27182408        EDI: IRS.COM Oct 03 2017 22:33:00      IRS,    Stop 6525,    Kansas City, MO 64999-0025
27182409       +E-mail/Text: bk@lendingclub.com Oct 03 2017 22:44:06      Lending Club,    71 Stevenson St.,
                 Suite 300,    San Francisco, CA 94105-2985
27182417       +E-mail/Text: collections@rapidadvance.com Oct 03 2017 22:44:19      Rapid Advance,
                 7316 Wisconsin Ave.,    Suite 350,    Bethesda, MD 20814-2977
27182418       +E-mail/Text: stewartcohenpa@cfl.rr.com Oct 03 2017 22:44:32      Stewart Cohen, P.A.,
                 1510 E. Colonial Dr.,    Suite 305,    Orlando, FL 32803-4790
27182419        E-mail/Text: vci.bkcy@vwcredit.com Oct 03 2017 22:43:42      VW Credit,    1401 Franklin Blvd.,
                 Libertyville, IL 60048-4460
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
27182401*       Internal Revenue Service,    Post Office Box 7346,    Philadelphia PA 19101-7346
27182410*      +Lending Club,    71 Stevenson St.,    Suite 300,    San Francisco, CA 94105-2985
27182411      ##+Leo and Leslie Dahring,    30 Danube River Dr.,    Cocoa Beach, IL 32931-2832
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2017                          Signature:  /s/Joseph Speetjens

```
District/off: 113A-6          User: jmontero              Page 2 of 2                   Date Rcvd: Oct 03, 2017
                              Form ID: 309A               Total Noticed: 22
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2017 at the address(es) listed below:
              Lori   Patton, Trustee    trustee@trusteepatton.com,  lpatton@ecf.epiqsystems.com
              Sean C Harnage    on behalf of Joint Debtor Daniel Howard Cordis sean@harnagelaw.com,
               r41703@notify.bestcase.com
              Sean C Harnage    on behalf of Debtor Kelli Murphy Cordis sean@harnagelaw.com,
               r41703@notify.bestcase.com
              United States Trustee - ORL7/13    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kelli Murphy Cordis** | Social Security number or ITIN **xxx–xx–6841** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Daniel Howard Cordis** | Social Security number or ITIN **xxx–xx–2752** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Florida** | | Date case filed for chapter **7   10/1/17** |
| Case number:   **6:17–bk–06386–RAC** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Kelli Murphy Cordis | Daniel Howard Cordis |
| 2. | **All other names used in the last 8 years** | dba Kelli Cordis LCSW, dba Kelli Cordis | dba Rockford Magnum Group |
| 3. | **Address** | 30 Danube River Dr.<br>Cocoa Beach, FL 32931 | 30 Danube River Dr.<br>Cocoa Beach, FL 32931 |
| 4. | **Debtor's attorney**<br>Name and address | Sean C Harnage<br>Harnage Law, PLLC<br>1360 Lake Washington Road, Suite 8<br>Melbourne, FL 32935 | Contact phone 321–549–7886<br><br>Email:  sean@harnagelaw.com |
| 5. | **Bankruptcy Trustee**<br>Name and address | Lori Patton, Trustee<br>P.O Box 520547<br>Longwood, FL 32752 | Contact phone (407) 937–0936 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**           page **1**

| | | |
|---|---|---|
| **6. Bankruptcy Clerk's Office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | George C. Young Federal Courthouse<br>400 West Washington Street<br>Suite 5100<br>Orlando, FL 32801 | Hours open:<br>Monday – Friday 8:30 AM – 4:00PM<br><br>Contact phone 407–237–8000<br><br>Date: October 3, 2017 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. You are reminded that Local Rule 5073–1 restricts the entry of personal electronic devices into the Courthouse. | **November 8, 2017 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*** Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting. *** | Location:<br><br>**George C. Young Courthouse, Suite 1202–A, 400 West Washington Street, Orlando, FL 32801** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>- if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>- if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: January 8, 2018** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13. Voice Case Info. System (McVCIS)** | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. | |